## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Dean Wilhoite
                Plaintiff,

v.                                  Case No.: 1:25−cv−13955
                                  Honorable John Robert Blakey

Sheriff of Cook County, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 12, 2025:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendant's motion to extend time [11] [13] and strikes the 12/17/2025 Notice of Motion date. Defendant Cook County Illinois shall answer or otherwise respond to the complaint by 1/13/2026, and the parties shall file an initial status report by 1/27/2026. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.